IN THE SUPREME COURT OF NORTH CAROLINA

No. 82PA15-2

Filed 3 November 2017

IN THE MATTER OF: A.E.C.

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order of the Court of Appeals entered on 24 October 2016 dismissing an appeal from orders signed on 2 February 2016 by Judge Edward A. Pone in District Court, Cumberland County. Heard in the Supreme Court on 11 October 2017.

*Elizabeth Kennedy-Gurnee, Christopher L. Carr, and James D. Dill for Cumberland County Department of Social Services, petitioner-appellant.*

*Beth A. Hall, Attorney Advocate for appellee Guardian ad Litem.*

*Joyce L. Terres, Assistant Appellate Defender, for respondent-appellee-father.*

PER CURIAM.

CERTIORARI IMPROVIDENTLY ALLOWED.